IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00043

ANGIE KIELISZEWSKI, individually and on behalf of all others similarly situated,

v.

RELIAS LLC

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned, Elliot O. Jackson, hereby enters a notice of special appearance as attorney for Plaintiff in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Alton R. Williams.

I certify that I will submit any document to the Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ Elliot O. Jackson
Elliot O. Jackson
HEDIN LLP
1395 Brickell Ave., Suite 610
305-357-2107
ejackson@hedinllp.com
FL Bar. No. 1034536
Attorney for Plaintiff and Putative Class

/s/ Alton R. Williams
Alton R. Williams
Law Office of Alton R. Williams
4030 Wake Forest Road
Suite 300

919-340-0020
altonwmslaw@gmail.com
NC Bar. No. 38812
Local Civil Rule 83.1(d) Attorney for Plaintiff and Putative Class