UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>    v.<br><br>RELIAS LLC,<br><br>                        Defendant. | Civil Action No. 5:25-cv-00043 |

## NOTICE OF RELATED CASE

Plaintiff Angie Kieliszewski, pursuant to Local Rule 40.3(b), hereby notifies the Court that a second-filed case is related to this one:

1. *Ware v. Relias, LLC*, No. 4:25-cv-00025 (filed January 31, 2025).

Defendant Relias LLC is a party in both cases, and both cases will require the Court to evaluate disclosures of "Personally Identifiable Information" made by Defendant's installation of the Meta Pixel. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the two cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

                                                                                                          Respectfully submitted,

Dated: February 3, 2025                                      By: */s/ Elliot O. Jackson*

                                                                                       **HEDIN LLP**

                                                                                       Elliot O. Jackson
                                                                                       Florida Bar No. 1034536
                                                                                       HEDIN LLP
                                                                                       1395 Brickell Ave., Suite 610
                                                                                       Miami, Florida 33131-3302
                                                                                       Telephone:    (305) 357-2107

Facsimile: (305) 200-8801
ejackson@hedinllp.com

– and –

By: */s/ Alton R. Williams*
Alton R. Williams
Law Office of Alton R. Williams
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
Telephone: 919-340-0020
NC Bar. No. 38812
Local Civil Rule 83.1(d) Attorney for
Plaintiff and Putative Class