UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>RELIAS LLC,<br><br>      Defendant. | Civil Action No. 5:25-cv-00043 |

### AMENDED NOTICE OF RELATED CASE[1]

Plaintiff Angie Kieliszewski, pursuant to Local Rule 40.3(b), hereby notifies the Court that a second-filed case is related to this one:

1. *Ware v. Relias, LLC*, No. 4:25-cv-00023 (filed January 31, 2025).

Defendant Relias LLC is a party in both cases, and both cases will require the Court to evaluate disclosures of "Personally Identifiable Information" made by Defendant's installation of the Meta Pixel. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the two cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

                           Respectfully submitted,

Dated: February 3, 2025          By: */s/ Elliot O. Jackson*

                           **HEDIN LLP**

                           Elliot O. Jackson
                           Florida Bar No. 1034536
                           HEDIN LLP

---

[1] This amended notice is filed to correct a scrivener's error in the case number of the second filed action.

1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:     (305) 357-2107
Facsimile:      (305) 200-8801
ejackson@hedinllp.com

– and –

By: */s/ Alton R. Williams*
Alton R. Williams
Law Office of Alton R. Williams
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
Telephone: 919-340-0020
NC Bar. No. 38812
Local Civil Rule 83.1(d) Attorney for
Plaintiff and Putative Class

3