Civil Action No. 5:25-cv-00043-M-RN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Relias, LLC

was received by me on *(date)* 2-3-25 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Heather Hughes, Registered Agent Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Relias, LLC At 2626 Glenwood Ave, Suite 550, Raleigh, NC 27608 on *(date)* 2-3-25 3:20 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-5-25

*Mira Batchelor*
Server's signature

Mira Batchelor, Process Server
Printed name and title

6747 Chauncey Drive, Raleigh, NC 27615
Server's address

Additional information regarding attempted service, etc: