UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI, et al.,

    Plaintiffs,

v.                                                Case No. 5:25-cv-00043

RELIAS LLC.

    Defendant.

_____/

## NOTICE OF APPEARANCE OF CHRISTOPHER B. CLARE

**PLEASE TAKE NOTICE** that Christopher B. Clare, of Clark Hill PLC, has on this day entered his appearance as counsel in the above-captioned matter on behalf of Defendant Relias LLC.

                Respectfully submitted,

                CLARK HILL PLC

                By:   *s/Christopher B. Clare*
                       Christopher B. Clare (N.C. # 39582)
                       1001 Pennsylvania Ave. NW
                       Suite 1300 South
                       Washington, D.C. 20004
                       T: (202) 572-8671
                       F: (202) 572-8691
Dated: February 27, 2025       cclare@clarkhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2025, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

                                                      *s/ Christopher B. Clare*