UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI, et al.,

    Plaintiffs,

v.                                        Case No. 5:25-cv-00043

RELIAS LLC.,

    Defendant.

## [PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT RELIAS LLC TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT

UPON CONSIDERATION of the *Consent Motion for Extension of Time for Defendant Relias LLC to Respond to Plaintiffs' First Amended Class Action Complaint* and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2025, hereby:

ORDERED that the Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that the deadline for Defendant to respond to Plaintiffs' First Amended Complaint be extended to April 28, 2025; and it is

FURTHER ORDERED that the following proposed dates be scheduled:

04/28/2025    Defendant's Deadline to Answer of File a Motion to Dismiss

05/28/2025    Plaintiffs' Deadline to File Opposition Brief (if applicable)

06/18/2025    Defendant's Deadline to File Reply Brief (if applicable)

SO ORDERED:

_____
Honorable Judge Richard E. Myers, II
United States District Judge

Copies to:

Alton R. Williams, Esq. (altonwmslaw@gmail.com)
The Law Offices of Alton R. Williams
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609

Elliott Jackson, Esq. (ejackson@hedinllp.com)
Heiden LLP
1395 Brickell Avenue
Suite 610
Miami, FL 33131

*Attorneys for Plaintiffs Angie Kieliszewski and LynnAnn Ware*


Christopher B. Clare, Esq. (cclare@clarhill.com)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
*Counsel for Defendant Relias LLC*