IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-000430M

**Angie Kieliszewski,** et al.,

    Plaintiffs,

v.

**Relias, LLC,**

    Defendant.

**Order**

This matter comes before the court on Defendant Relias's motion for additional time. D.E. 11. Relias seeks an extension of time, until April 28, 2025, to file a response to the Amended Complaint. *Id*. Should it file a motion to dismiss, the motion also allows Plaintiffs 30 days to file an opposing memorandum. *Id*. And Relias would have 21 days to file a reply. *Id*.

The court will allow the motion, in part. Relias may file its response to the Amended Complaint no later than Monday, April 8, 2025.

If a motion to dismiss is filed, the Local Civil Rules will govern the timeframe for responses and replies to such a motion. *See* Local Civil Rule 7.1(f),(g).

Dated: March 4, 2025.

*Robert T. Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE