UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

RELIAS LLC,

    Defendant.

Case No. 5:25-cv-00043-M-RN

## RELIAS LLC'S MOTION TO DISMISS

Defendant Relias LLC ("Relias") moves under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss all claims in the Amended Complaint filed by Plaintiffs.

The reasons are based on the arguments and authorities set forth in the accompanying Memorandum of Law in Support of this Motion. Relias respectfully moves this Court to grant this motion and dismiss Plaintiffs' Amended Complaint in this action with prejudice.

Respectfully submitted, this 8th day of April, 2025.

| | |
|---|---|
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. | CLARK HILL, LLP |
| | Christopher B. Clare |
| | North Carolina Bar No. 39582 |
| /s/ H. Hunter Bruton | 1001 Pennsylvania Ave. NW |
| H. Hunter Bruton | Suite 1300 South |
| North Carolina State Bar No. 50601 | Washington, D.C. 20004 |
| David A. Senter, Jr. | Telephone: (202) 572-8671 |
| North Carolina State Bar No. 44782 | cclare@clarkhill.com |
| C. Michael Anderson | |
| North Carolina State Bar No. 42646 | Chirag H. Patel* |
| | 130 E Randolph St, Ste. 3900 |
| Post Office Box 2611 | Chicago, IL 60601 |
| Raleigh, North Carolina 27602-2611 | cpatel@clarkhill.com |
| Telephone:   (919) 821-1220 | |
| Facsimile:   (919) 821-6800 | Myriah V. Jaworski* |

1

hbruton@smithlaw.com
dsenter@smithlaw.com
manderson@smithlaw.com

600 West Broadway, Suite 500
San Diego, CA 92101
mjaworski@clarkhill.com

*pro hac vice forthcoming

*Counsel for Relias LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the Clerk of Court using the CM/ECF System, which will send notification of the filing to all counsel of record.

This 8th day of April, 2025.

/s/ H. Hunter Bruton
H. Hunter Bruton