# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br>RELIAS LLC,<br>    Defendant. | Case No. 5:25-cv-00043-M-RN |

## DECLARATION OF WES VAUX IN SUPPORT OF MOTION TO DISMISS

I, Wes Vaux, declare as follows:

1. I am of sound mind, over the age of 18, and have authority to make this declaration on behalf of the Defendant Relias LLC ("Relias"). The matters set forth in this declaration are based on my personal knowledge or my personal investigation and review of relevant records.

2. My current title at Relias is Vice President and Information Security Officer. In this role, my duties include overseeing, maintaining, managing, and implementing security controls for Relias' software and service applications. I am also responsible for establishing Relias' information technology practices to ensure they conform with applicable laws and regulations. Other key responsibilities include conducting annual audits of all systems, business impact analysis, risk analysis, and reporting to stakeholders and executives within the organization.

3. I understand that Plaintiffs Angie Kieliszewski and LynnAnn Ware ("Plaintiffs") filed an amended complaint in this case on February 24, 2025. At the

direction of counsel, I have reviewed the Complaint and Relias' data related to Plaintiffs for the two years preceding the filing of this action (the "Relevant Time Period").

**Background About Relias and Nurse.com**

4. Relias is a workforce management company and a leading online educational provider.

5. As one part of its business, Relias operates Nurse.com. Nurse.com provides a wide range of information and services to healthcare professionals, including:

   a. State Certification information (resource on state nurse credential requirements);

   b. Career advancement information (articles, searchable job board, and research content);

   c. Community interaction (hosting webinars, live community events, and providing an online discussion forum that allows nursing professional to communicate directly); and

   d. Educational content (articles, blog posts, podcasts about various healthcare issues, and online learning courses (including CE courses)).



*Figure 1*, Offerings on Nurse.com Landing Page.

6. As one part of its educational content offering, Relias provides online

learning courses. Online learning courses are new to Nurse.com, having launched only on July 1, 2023.

7. The online learning courses are built primarily in-house by Relias's healthcare and adult learning experts and are offered directly to healthcare professionals, organizations, and government agencies.

8. As described on the Website, online learning courses are self-paced, online modules, that are designed to enhance clinical knowledge and prepare nurses for certification exams.[1] The online courses rely primarily on power point presentations, self-study reading modules and other displays of text. The courses may also include clinical vignettes and exams that users must take to receive a course completion certificate. See nt. 1.

**Nurse.com's Online Education Courses**

9. To purchase an online education course on Nurse.com, a user must (a) create an account, (b) find a course, (c) add the course to their shopping cart, and (d) and go through a check-out process.

10. Meta does not receive information (including the specific course titles) of courses actually purchased by the user. More specifically:

　　a. When a user browses Nurse.com and adds a course to their shopping cart, the name of course or URL of the course description page may be transmitted to Meta. This is the activity illustrated on Figures 3-

---

[1] See https://www.nurse.com/ce/certification-review (last accessed April 7, 2025).

a and 3-b of Plaintiff's Complaint.[2]

b. However, once the course is added to the shopping cart, the shopping cart and all subsequent checkout pages use generic URLs that are not descriptive of the product or course a user has added to their shopping cart (*e.g.*, https://www.nurse.com/checkout/cart/?ref=checkout/). Nurse.com does not transmit information to Meta on the shopping cart and subsequent checkout pages that would indicate that the user is proceeding with the purchase. *See* Fig. 2, *infra*.

c. The Meta Pixel does not collect information regarding whether that user completed the purchase of the course placed in the shopping cart.



---

[2] As described in paragraph 7, only a small proportion of Nurse.com's online learning courses contain a video component, and the title of video components often does not match the course title. Meta neither receives (a) information indicating whether a course contains a video component, or (b) the title of video component contained within a course.

4

*Figure 2*, Sample Check Out Page.

11. After purchase, Meta Pixel does not collect information that would allow Meta to receive any information regarding the user's interaction with a purchased course, including whether the user ever launched a specific course title. More specifically:

   a. A user can access their purchased courses through their Nurse.com profile page. The profile page has a generic URL that is not descriptive of the courses purchased (*e.g.*, https://www.nurse.com/profile/courses). From that profile page, the user can click the "Take Course" button to launch their course. See Fig. 3, *infra*.

   b. Launching a course by clicking the "Take Course" button does not cause Meta Pixel to transmit of the title of the course that user has launched.

   c. Launching a course from Nurse.com takes the user to a completely separate website (reliaslearning.com). ***This website does not deploy the Meta Pixel at all.***



*Figure 3*, Sample Profile Page.

12. The course titled "Heroin: The Opioid Crisis" is a self-paced, online module that is predominantly text and has the appearance of an online textbook. Page 3 of 7 has twenty-three second animated Getty image. The image's file name is "ppl_emsLiftingPatient_1077594708_g.mp4." This course, like all others, is hosted on the reliaslearning.com website. As explained above, the Meta Pixel is not deployed on the reliaslearning.com. Relias does not transmit any information to Meta indicating that a user viewed "ppl_emsLiftingPatient_1077594708_g.mp4."

**Freecme.com's Online Education Programs**

13. Freecme.com is another website where users may register and access online education programs. Users must register to take a course on Freecme.com

14. Relias has no record of either of the Plaintiffs taking a course on freecme.com.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

6

*Affiant Further Sayeth Naught.*

Executed on: April 8, 2025

By:   */s/ Wes Vaux*
     Wes Vaux
     Vice President/Information Security Officer
     Relias LLC
