**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>   v.<br><br>RELIAS LLC,<br><br>                  Defendant. | Case No. 5:25-cv-00043-M-RN |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

THIS MATTER IS BEFORE THE COURT on Defendant Relias LLC's ("Relias") Consent Motion for Extension of Time to File Responsive Pleading to Complaint, and for good cause shown, the Motion is GRANTED. Relias shall have through and including April 15, 2025 to answer or otherwise respond to the Complaint.

Dated:  April 9, 2025

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge