UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI, et al.,

    Plaintiffs,

v.                                Case No. 5:25-cv-00043

RELIAS LLC.

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Christopher B. Clare of Clark Hill PLC respectfully requests that the Court permit his withdrawal as counsel for Defendant Relias LLC ("Relias") in the above-captioned matter. In support of this Motion, Mr. Clare states as follows:

1. Relias consents to this Motion and Mr. Clare's withdrawal.

2. Relias will continue to be represented by other counsel of record, including H. Hunter Bruton, David A. Senter, Jr., and C. Michael Anderson of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP ("Additional Counsel"). Additional Counsel also consent to this Motion and Mr. Clare's withdrawal.

3. This matter is still in the early stages, and Relias's Motion to Dismiss (Dkt. 17) remains pending.

4. No party will be prejudiced by the withdrawal of Mr. Clare as counsel in this matter.

Respectfully submitted this May 22, 2025,

CLARK HILL PLC

By: *s/Christopher B. Clare*
Christopher B. Clare (N.C. # 39582)
1001 Pennsylvania Ave. NW
Suite 1300 South
Washington, D.C. 20004
T: (202) 572-8671
F: (202) 572-8691
cclare@clarkhill.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2025, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Christopher B. Clare*