UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI, et al.,

    Plaintiffs,

v.                                              Case No. 5:25-cv-00043

RELIAS LLC.,

    Defendant.

_____/

## ORDER ON MOTION TO WITHDRAW

THIS MATTER IS BEFORE THE COURT on Attorney Christopher B. Clare's Motion to Withdraw as counsel for Defendant Relias LLC, and for good cause shown, the Motion is GRANTED.

SO ORDERED:

                                                                          Hon. Richard E. Myers, II
                                                                          United States District Court Judge