UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGIE KIELISZEWSKI, et al.,

      Plaintiffs,

v.                                                      Case No. 5:25-cv-00043

RELIAS LLC.,

      Defendant.

_____

**ORDER ON MOTION TO WITHDRAW**

    THIS MATTER IS BEFORE THE COURT on Attorney Christopher B. Clare's Motion to Withdraw as counsel for Defendant Relias LLC, and for good cause shown, the Motion is GRANTED.

Dated: June 23, 2025

                                                            _____
                                                            Robert T. Numbers, II
                                                           United States Magistrate Judge