# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| Angie Kieliszewski, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     5:25-cv-00043-M-RN |
| Relias, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LynnAnn Ware, Plaiuntiff                                                                                                          .

Date:     07/09/2025

/s/ Scott C. Harris
*Attorney's signature*

Scott C. Harris, Bar No. 35328
*Printed name and bar number*

Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan St.
Raleigh, NC 27603

*Address*

sharris@milberg.com
*E-mail address*

(919) 600-5003
*Telephone number*

(919) 600-5035
*FAX number*