UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>RELIAS LLC,<br><br>                Defendant. | Case No. 5:25-cv-00043-M-RN |

## DEFENDANT'S SUGGESTION OF SUBSEQUENTLY DECIDED CONTROLLING AUTHORITY

Pursuant to Local Rule 7.1(h), Defendant Relias LLC ("Relias") respectfully provides notice of the decision by the U.S. Court of Appeals for the Fourth Circuit on October 14, 2025, in *Holmes v. Elephant Ins. Co.*, No. 23-1782, 2025 WL 2907615 (4th Cir. Oct. 14, 2025). For the Court's convenience, a copy of this decision is submitted herewith as Exhibit A. This decision is related to Relias's pending Motion to Dismiss [D.E. 17.], filed herein on April 8, 2025.

      This the 22nd day of October, 2025.

                                            SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

                                            */s/ H. Hunter Bruton*
                                            H. Hunter Bruton
                                            North Carolina State Bar No. 50601
                                            David A. Senter, Jr.
                                            North Carolina State Bar No. 44782
                                            C. Michael Anderson
                                            North Carolina State Bar No. 42646

1

Samantha B. Taylor
North Carolina State Bar No. 56609

Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
hbruton@smithlaw.com
dsenter@smithlaw.com
manderson@smithlaw.com
staylor@smithlaw.com

*Counsel for Relias LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*/s/ H. Hunter Bruton*

3

Case 5:25-cv-00043-M-RN     Document 30     Filed 10/22/25     Page 3 of 3