IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00043-M-RN

**Angie Kieliszewski**, et al.,

    Plaintiffs,

v.

**Relias, LLC**,

    Defendant.

**Order**

This matter is before the court on Relias, LLC's Motion to Dismiss for lack of standing under Rule 12(b)(1). D.E. 17. The court will hold a hearing on the motion on Tuesday, November 18, 2025, at 1:30 p.m. in the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

Counsel must be prepared to address all arguments given in the parties' briefs, as well as the Fourth Circuit's recent decision in *Holmes* v. *Elephant Ins. Co.*, No. 23–1782 (4th Cir. Oct. 14, 2025). Counsel should be prepared to address the following authorities and their application to Relias's motion to dismiss:

- Pennsylvania's continuing nursing education statute, 63 Pa. Cons. Stat. § 222.

- Pennsylvania's Administrative Code sections regarding continuing education for registered nurses, 49 Pa. Code § 21.131, *et seq.*

- The Pennsylvania Right-to-Know Law, 65 Pa. Cons. Stat. § 67.101, *et seq.*

Dated: October 27, 2025

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge