UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>RELIAS LLC,<br><br>     Defendant. | Case No. 5:25-cv-00043-M-RN |

**DEFENDANT RELIAS LLC'S MOTION TO STRIKE
PLAINTIFFS' RESPONSE, OR IN THE ALTERNATIVE, FOR
LEAVE TO FILE A REPLY IN SUPPORT OF ITS
<u>NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY</u>**

  Defendant Relias LLC ("Relias") moves to strike Plaintiffs' Response to Relias's Notice of Subsequently Decided Authority [D.E. 32], or in the alternative, for leave to file a reply in support of its Notice of Subsequently Decided Authority. As further set forth in the accompanying Memorandum being filed in support of this motion, Plaintiffs' filing violates the Local Rules of this Court. Accordingly, Relias respectfully requests that the Court either strike the response or consider Relias's substantive reply, attached hereto as Exhibit A.

  Respectfully submitted, this 6th day of November, 2025.

                 SMITH, ANDERSON, BLOUNT,
                 DORSETT, MITCHELL & JERNIGAN,
                 L.L.P.

                 /s/ *H. Hunter Bruton*
                 H. Hunter Bruton
                 North Carolina State Bar No. 50601
                 David A. Senter, Jr.

1

North Carolina State Bar No. 44782
C. Michael Anderson
North Carolina State Bar No. 42646
Samantha B. Taylor
North Carolina State Bar No. 56609

Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
hbruton@smithlaw.com
dsenter@smithlaw.com
manderson@smithlaw.com
staylor@smithlaw.com

*Counsel for Relias LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2025, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

/s/ *H. Hunter Bruton*
H. Hunter Bruton
