UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiffs, | Case No. 5:25-cv-00043-M-RN |
| v. | |
| RELIAS LLC, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant Relias, LLC's ("Relias") Motion to Strike Plaintiffs' Response, or in the Alternative, for Leave to File a Reply in Support of its Notice of Subsequently Decided Authority. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Response to Relias's Notice of Subsequently Decided Authority [D.E. 32] is hereby stricken from the record in this action.

[OR]

[The Reply filed as Exhibit A to the Motion is deemed filed as of the date of this Order.]

**SO ORDERED**, this ____ day of November, 2025.

_____
ROBERT T. NUMBERS, II
United States Magistrate Judge

1