UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>RELIAS LLC,<br><br>      Defendant. | Case No. 5:25-cv-00043-M-RN |

**DEFENDANT RELIAS LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' RESPONSE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY**

The Court should strike Plaintiffs' response to Defendant Relias LLC's ("Relias") notice of subsequently decided authority [D.E. 32]. Local Rule 7.1(h) allows a party to file a suggestion of subsequently decided authority. Argument, however, is not permitted, and the Rule does not authorize a response. Local Civil Rule 7.1(h) (2023) (allowing "[a] suggestion of subsequently decided authority, without argument"); *Yates v. Air & Liquid Sys. Corp.*, No. 5:12-CV-752-FL, 2014 WL 348301, at *7 (E.D.N.C. Jan. 31, 2014) (unpublished) ("[A]rgument is not permitted when noticing subsequently decided authority and, moreover, the rules do not permit a response.").

Here, Relias filed a notice of subsequently decided authority on October 22, 2025, directing the Court's attention to *Holmes v. Elephant Insurance Co.*, No. 23-1782, 2025 WL 2907615 (4th Cir. Oct. 14, 2025). [D.E. 30]. Consistent with Local Rule

1

7.1(h), Relias did not include any argument in its notice. *See generally* [D.E. 30]. The Court then asked the parties to be prepared to address the case at the upcoming hearing in this matter. [D.E. 31]. Without citation to any rule authorizing it, and without seeking leave to do so, Plaintiffs filed a substantive response with argument. [D.E. 32]. That response fails to comply with the Court's rules. Accepting it, moreover, would prejudice Relias, which did not have an opportunity to offer argument in support of its position. The Court should strike Plaintiffs' response [D.E. 32].

Alternatively, the Court should consider the proposed reply that Relias has attached as Exhibit A to this motion. *See Yates*, 2014 WL 348301, at *7 (allowing an opportunity to reply when "the tenor of plaintiffs' response" to a notice of subsequently decided authority "invites substantive argument").

Respectfully submitted, this 6th day of November, 2025.

    SMITH, ANDERSON, BLOUNT,
    DORSETT, MITCHELL & JERNIGAN,
    L.L.P.

    /s/ *H. Hunter Bruton*
    H. Hunter Bruton
    North Carolina State Bar No. 50601
    David A. Senter, Jr.
    North Carolina State Bar No. 44782
    C. Michael Anderson
    North Carolina State Bar No. 42646
    Samantha B. Taylor
    North Carolina State Bar No. 56609

    Post Office Box 2611
    Raleigh, North Carolina 27602-2611
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800
    hbruton@smithlaw.com
    dsenter@smithlaw.com

manderson@smithlaw.com
staylor@smithlaw.com

*Counsel for Relias LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

/s/ *H. Hunter Bruton*
H. Hunter Bruton
