# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| ANGIE KIELISZEWSKI et al.  )  <br>*Plaintiff*  ) <br>v.  )  Case No.  5:25-cv-00043-M-RN <br>RELIAS LLC  ) <br>*Defendant*  ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                .

Date:  11/14/2025                                       /s/ S. Michael Dunn
                                                         *Attorney's signature*

                                                S. Michael Dunn (NC Bar No.: 47713)
                                                  *Printed name and bar number*

                                                  Bryson Harris Suciu & DeMay, PLLC
                                                         900 W. Morgan St.
                                                         Raleigh, NC 27603
                                                              *Address*

                                                      mdunn@brysonpllc.com
                                                          *E-mail address*

                                                         (919) 600-5000
                                                        *Telephone number*

                                                         (919) 600-5035
                                                           *FAX number*