# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI AND LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>RELIAS LLC,<br><br>              Defendant. | Case No. 5:25-cv-00043-M-RN |

## NOTICE OF APPEARANCE

Noel F. Hudson of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP hereby gives notice of her appearance as counsel for Defendant Relias LLC.

This the 17th day of November, 2025.

                                            SMITH, ANDERSON, BLOUNT,
                                            DORSETT, MITCHELL & JERNIGAN,
                                            L.L.P.

                                            */s/ Noel F. Hudson*
                                            H. Hunter Bruton
                                            North Carolina State Bar No. 50601
                                            David A. Senter, Jr.
                                            North Carolina State Bar No. 44782
                                            C. Michael Anderson
                                            North Carolina State Bar No. 42646
                                            Samantha B. Taylor
                                            North Carolina State Bar No. 56609
                                            Noel F. Hudson
                                            North Carolina State Bar No. 59776

                                            Post Office Box 2611
                                            Raleigh, North Carolina 27602-2611
                                            Telephone:   (919) 821-1220
                                            Facsimile:    (919) 821-6800
                                            hbruton@smithlaw.com

1

dsenter@smithlaw.com
manderson@smithlaw.com
staylor@smithlaw.com
nhudson@smithlaw.com

*Counsel for Relias LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

This the 17th day of November, 2025.

>*/s/ Noel F. Hudson*
>Noel F. Hudson