UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI and LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>RELIAS LLC,<br><br>        Defendant. | Civil Action No. 5:25-cv-00043 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 5.2(c), Elliot O. Jackson files this notice of substitution of counsel for Plaintiffs Angie Kieliszewski and Lynnann Ware based upon his acceptance of a clerkship with a U.S. Court of Appeals. Please take notice that Frank S. Hedin of Hedin LLP substitutes as counsel for Plaintiffs Angie Kieliszewski and Lynnann Ware in place of Elliot O. Jackson. Mr. Hedin is aware of and will comply with all pending deadlines in the case and will file a notice of special appearance upon receiving CM/ECF access that has already been applied for.

                                                      Respectfully submitted,

Dated: December 31, 2025                              By: */s/ Elliot O. Jackson*

                                                     **HEDIN LLP**

                                                     Elliot O. Jackson
                                                     Florida Bar No. 1034536
                                                     HEDIN LLP
                                                     1395 Brickell Ave., Suite 610
                                                     Miami, Florida 33131-3302
                                                     Telephone:    (305) 357-2107
                                                     Facsimile:     (305) 200-8801
                                                     ejackson@hedinllp.com

                                                                – and –

By: */s/ Frank S. Hedin*
Frank S. Hedin
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2025, a true copy of the foregoing was filed electronically, which provided a copy to all parties.

*/s/ Elliot O. Jackson*
