UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI and LYNNANN WARE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>RELIAS LLC,<br><br>        Defendant. | Civil Action No. 5:25-cv-00043 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 5.2(c), Elliot O. Jackson files this notice of substitution of counsel for Plaintiffs Angie Kieliszewski and Lynnann Ware based upon his acceptance of a clerkship with a U.S. Court of Appeals. Please take notice that Frank S. Hedin of Hedin LLP substitutes as counsel for Plaintiffs Angie Kieliszewski and Lynnann Ware in place of Elliot O. Jackson. Mr. Hedin is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings and will file a notice of special appearance upon receiving CM/ECF access that has already been applied for.

This 16th day of January, 2026

Respectfully submitted,

By: */s/ Elliot O. Jackson*
Elliot O. Jackson

**HEDIN LLP**
Elliot O. Jackson
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:   (305) 357-2107
Facsimile:    (305) 200-8801
ejackson@hedinllp.com

– and –

By: */s/ Frank S. Hedin*
Frank S. Hedin
Florida Bar No. 109698
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302

Telephone: (305) 357-2107

Facsimile: (305) 200-8801

fhedin@hedinllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2026, a true copy of the foregoing was filed electronically, which provided a copy to all parties.

*/s/ Frank S. Hedin*