IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00043-M-RN

| | |
|---|---|
| ANGIE KIELISZEWSKI, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RELIAS LLC,<br><br>Defendant. | ORDER |

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers, II [DE 42]. Judge Numbers recommends that Defendant's Motion to Dismiss [DE 17] be granted. The M&R, along with instructions and a deadline for filing objections, was served on the parties on January 30, 2026. *See id.* Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Defendant's Motion to Dismiss [DE 17] is GRANTED, and Plaintiff's amended complaint is DISMISSED for lack of subject matter jurisdiction. The Clerk of Court is DIRECTED to close the case.

SO ORDERED this 17th day of February, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE