UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGIE KIELISZEWSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND LYNNANN WARE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>RELIAS LLC,<br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:25-CV-43-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the recommendation of the magistrate judge as its own. Defendant's Motion to Dismiss is GRANTED and Plaintiffs' amended complaint is DISMISSED for lack of subject matter jurisdiction.

This Judgment filed and entered on February 17, 2026, and copies to:
Counsel of record (via CM/ECF Electronic Notification)

February 17, 2026　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: /s/ Rebecca Chapman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk